UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BRAULIO THORNE,                                                         :
                                                                        :
                              Plaintiff,        :       20-CV-9996 (JMF)
                                                                        :
              -v-                               :       ORDER TO SHOW
                                                                        :              CAUSE
AURA HOME, INC.,                                                        :
                                                                        :
                              Defendant.        :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Complaint in this case was filed with the Court on November 27, 2020, *see* ECF No. 1, but the docket does not reflect that the Complaint was ever served on the Defendant. Accordingly, it is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Defendant has been served, when and in what manner such service was made.

     If the Court does not receive any communication from Plaintiff by **March 26, 2021**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

     Finally, Plaintiff is directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **March 16, 2021**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

     SO ORDERED.

Dated: March 12, 2021                     _____
       New York, New York                            JESSE M. FURMAN
                                                   United States District Judge