

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

> The parties' Application is GRANTED, but only for thirty days.  Therefore, unless the parties are able to reach a settlement before then, Defendant must answer or otherwise respond to the Complaint no later than **June 7, 2021**, and the parties must submit a joint letter the contents of which are described at ECF No. 6 no later than **June 21, 2021.**  The Clerk of Court is directed to terminate ECF No. 14.  SO ORDERED.
>
> *[signature]*
>
> May 6, 2021

May 6, 2021

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     Thorne v. Aura Home, Inc., Case No.: 1:20-cv-09996-JMF

Dear Judge Furman:

We represent defendant Aura Home, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Braulio Thorne, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 6, 2021 to June 22, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)