UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

              Plaintiffs,

              v.

AURA HOME, INC.,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-9996

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AURA HOME, INC., with prejudice and without fees and costs.

Dated: New York, New York
       May 13, 2021

                                                **GOTTLIEB & ASSOCIATES**

                                                */s/Jeffrey M. Gottlieb, Esq.*

                                        Jeffrey M. Gottlieb, Esq., (JG-7905)
                                            150 East 18th Street, Suite PHR
                                                    New York, NY 10003
                                                         Phone: (212) 228-9795
                                                            Fax: (212) 982-6284
                                                       Jeffrey@Gottlieb.legal

                                                        *Attorneys for Plaintiffs*

All conferences are canceled. All motions are moot. The Clerk of Court is directed to terminate this case.
SO ORDERED:
*[signature]*
United States District Court Judge
Hon. Jesse M. Furman
May 14, 2021